Nov. Term, 1854.

WINEHART
v.
THE STATE.

---

## WINEHART *v.* THE STATE.

Ignorance of the law will not excuse a man from punishment on a criminal accusation.

*Thursday, December 14.*

APPEAL from the *Putnam* Circuit Court.

PERKINS, J.—Indictment for keeping a gaming house. Conviction and fine in the Circuit Court.

The question is on the weight of evidence. It is proved that the defendant kept a grocery store, in which he sold beer, cigars, &c.; and two witnesses testified that they had often played cards in an adjoining room in the house, for cigars, beer, &c.; that the defendant did not know it was wrong to permit such acts in his house, and whenever he learned it was so, he forbade them. Such prohibition is sometimes a trick. Besides, his ignorance of the law did not excuse him. We think a jury might infer the guilt of the defendant from the evidence. See *McAlpin* v. *The State*, 3 Ind. R. 567.—*The State* v. *Staker*, id. 570.

*Per Curiam.*—The judgment is affirmed with costs.

*J. Cowgill* and *D. R. Eckles*, for the appellant.

*R. A. Riley*, *N. B. Taylor*, and *J. Coburn*, for the state.